UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE R. LACEN

Write the full name of each plaintiff.

No. 19 CV 5097

(To be filled out by Clerk's Office)

-against- (see attach)

EMTC- Captain Aygenong (clinic captain)
EMTC- Intake C-76 Captain duty officer.
Janet Runcie RPA C-76- clinic.
Achia Huggins M.D. C-76 clinic.

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

2019 MAY 30 PM 12:30
S.D. OF N.Y.
RECEIVED
SDNY PRO SE OFFICE

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

(ATTACHMENT)

JOSE R. LACEN

vs.

Defendants (5) IAN William Funstin,
NYC Law Department, General Litigation Division.

(6) DAVID ONUORA, PA. EMTC- C76 Clinic.

(7) SAI Kolla M.D west facility clinic

I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Jose                R                Lacen
First Name          Middle Initial   Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

EMTC-C-76-210-18-00178 / AMKC C-95 241-18-04624

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

A.M.K.C - Rikers Island
Current Place of Detention

18-18 Hazen St
Institutional Address

East Elmhurst     N.Y.     11370
County, City      State    Zip Code

III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: ____Aygemong____ ____Capt____ ____# Unknown____
First Name            Last Name            Shield #

____Captain (Clinic AMOD)____
Current Job Title (or other identifying information)

____10-10 Hazen St____
Current Work Address

____East Elmhurst____ ____N.Y.____ ____11370____
County, City            State            Zip Code

Defendant 2: ____Janet____ ____Runcie____ _____
First Name            Last Name            Shield #

____R PA C-76 Clinic____
Current Job Title (or other identifying information)

____10-10 Hazen St____
Current Work Address

____East Elmhurst____ ____N.Y.____ ____11370____
County, City            State            Zip Code

Defendant 3: ____Acttin____ ____Huggins____ _____
First Name            Last Name            Shield #

____MD C-76 Clinic____
Current Job Title (or other identifying information)

____10-10 Hazen St____
Current Work Address

____East____ ____Elmhurst N.Y.____ ____11370____
County, City            State            Zip Code

Defendant 4: ____John____ ____Doe____ _____
First Name            Last Name            Shield #

____Intake Unit EMTC C-76____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City            State            Zip Code

Page 3

Defendant (5)
  Ian William Forster,
  NYC Law Department, General Litigation Div.
  1- Centre St
  NY NY. 10007

Defendant (6)
  David Onuora P.A.
  16-10 Hazen St
  East Elmhurst NY. 11370

Defendant (7)
  Sai Kolla M.D.
  West Facility Clinic
  Address Unknown.

## V. STATEMENT OF CLAIM

Place(s) of occurrence: EMTC - C-76

Date(s) of occurrence: 3-1-18 TO PRESENT

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On 3-1-18 I was admitted into EMTC C-76 to a one year sentence. Upon admission, I explained to the medical staff of a spinal surgery that I had on 9-15-17 and can't be afforded a permit for and extra mattress. At which time I was told that was a sick call issue. On 4-8-18 and dates after that I reported to sick call on numerous occassions, expressing pain to my lower back due to the inadequate mattress and can't be afforded an extra mattress or a thicker mattress. To no avail. I spoke the clinic captain Aygemung # unknown on the possibilities of the thicker newer mattress and he stated, that as long as I'm in the curre housing unit an I will not be afforded one. But to ask the doctor for a note for extra blankets.

Furthermore I have waited almost 4 months to be seen be a specialist at on 7-12-18 I reported to west facility and spoke with

Page 4

the specialist of my condition, and because he Haven't review my medical records of my operations he can't furnish a permit after providing the medical records to sick I have not been allowed to see the specialist or my condition and currently still experience extreme pain and numbness

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

As of this filing, the injury I sustained prior to my incarceration, has deteriorated and has lead to constant pain and discomfort

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I Humbly Request money damages of one million dollars for any future earnings that will be hard to earn, due to my constant pain and suffering due to inadequate bedding and deprivement of medical treatment

Page 5

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

5-22-19
Dated

Plaintiff's Signature

Jose
First Name

R
Middle Initial

Lacen
Last Name

18-18 Hazen St
Prison Address

East Elmhurst    NY    11370
County, City       State       Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: 5-22-19



RECEIVED
SDNY PRO SE OFFICE
2019 MAY 30 PM 12:30
S.D. OF N.Y.

Lacen, Jose #241-18-04604
18-18 Hazen St
East Elmhurst N.Y 11370

United States District Court
Southern District of N.Y.
Pro Se Office
500 Pearl St    Room 200
New York N.Y. 10007

Legal Mail