UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE R. LACEN,

                Plaintiff,

-against-

EMTC CAPTAIN AYGEMONG (CLINIC CAPTAIN); "JOHN DOE" EMTC INTAKE C-76 CAPTAIN DUTY OFFICER; JANET RUNCIE RPA C-76 CLINIC; ACHIM HUGGINS M.D. C-76 CLINIC; IAN WILLIAM FORSTER; DAVID ONUORA P.A.; SAI KOLLA, M.D.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/21/2020__

19 Civ. 5097 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has received Plaintiff Jose R. Lacen's letter requesting an extension of time to respond to Defendants' motion to dismiss. ECF No. 65. Plaintiff Lacen's time to respond to the motion is extended to **November 6, 2020**.

    The Clerk of the Court is directed to mail a copy of this order to Plaintiff *pro se*. The Clerk of the Court is also directed to update Plaintiff Lacen's address to reflect his new DIN # 20A0185.

    SO ORDERED.

Dated: October 21, 2020
       New York, New York

ANALISA TORRES
United States District Judge