UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE R. LACEN,

                Plaintiff,                               19 **CIVIL** 5097 (AT)

        -against-                                 **JUDGMENT**

EMTC CAPTAIN AYGEMONG (CLINIC
CAPTAIN); "JOHN DOE" EMTC
INTAKE C-76 CAPTAIN DUTY
OFFICER; JANERUNCIE RPA C-76
CLINIC; ACHIMHUGGINS M.D. C-76
CLINIC; IANWILLIAM FORSTER;
DAVID ONUORAP.A.; SAI KOLLA,
M.D.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 29, 2021, judgment is entered against defendant Kolla in the amount of $101.48, and against defendant Runcie in the amount of $101.48. These amounts represent the cost of personal service of process on those defendants. Defendants Kolla and Runcie are ordered to pay this amount to the United States Marshals Service, Attn: Civil Section, 500 Pearl Street, Suite 400, New York, NY 10007, by May 31, 2021. The Marshals Service will accept payment in the form of a money order or business check. Defendants Kolla and Runcie must also each inform the Court that payment has been made.

**Dated:**  New York, New York
           March 30, 2021

                                                              **RUBY J. KRAJICK**
                                                               Clerk of Court
                                           **BY:**
                                                                  Deputy Clerk