

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

April 13, 2021

*Via ECF*

The Honorable Kevin N. Fox
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:  <u>Lacen v. Aygemong, *et al.*</u>, Case No. 19 CV 5097 (AT)(KNF)

Dear Magistrate Judge Fox:

        I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, James E. Johnson, attorney for Defendants Agyemang, Runcie, Huggins, Onuora, and Kolla ("Defendants") in the above-referenced action. I write to respectfully request a two-week extension of the Defendants' time to file a motion for reconsideration or reargument.

        On March 29, 2021, the Court issued an order directing the entry of judgment against Defendants Runcie and Kolla for the costs of service of process upon them by the U.S. Marshals. (ECF No. 72.) Judgment was subsequently entered to this effect on March 30, 2021. (ECF No. 73.)

        In light of the entry of this judgment, Defendants are investigating the circumstances surrounding the timing of the mailing of Defendant Runcie's and Kolla's acknowledgement forms to the U.S. Marshals to determine whether a motion to be relieved from the judgment may be warranted. At this juncture, Defendants have not determined whether such a motion, if warranted, would be appropriately made under Local Civil Rule 6.3 or, for example, Rules 59 or 60 of the Federal Rules of Civil Procedure. Because motions under Local Civil Rule 6.3 must be made within a shorter timeframe of fourteen days, however, Defendants respectfully request that their deadline to file such a motion be extended by two weeks so that Defendants

may continue to investigate the circumstances surrounding the service of Defendant Runcie and Kolla, without prejudicing their ability to make such a motion in the future, if warranted.

Defendants' current deadline by which to file a motion for reconsideration or reargument under Local Civil Rule 6.3 is today, April 13, 2021. A two-week extension would move this date to April 27, 2021. This is Defendants' first request for such an extension. I have not been able to seek Plaintiff's consent to this application due to his incarcerated status.

Thank you for your consideration of this application.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: *Via ECF*
Jose Lacen
DIN#20A0185
B&C No. 241-18-04624
Clinton C.F.
P.O. Box 2001
Dannemora, NY 12929
*Plaintiff pro se*