UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE R. LACEN,

                        Plaintiff,

-against-                                19 **CIVIL** 5097 (AT)

**JUDGMENT**

EMTC CAPTAIN AYGEMONG (CLINIC CAPTAIN);
JANET RUNCIE RPA C-76 CLINIC; ACHIM
HUGGINS M.D. C-76 CLINIC; DAVID ONUORA
P.A.; SAI KOLLA, M.D.,

                        Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 22, 2021, Defendants' motion to dismiss is GRANTED.

**Dated:** New York, New York

       July 23, 2021

                                                  **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                  **BY:**      K. Mango

                                                 **Deputy Clerk**