USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/4/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Jose R. Lacen__
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

__EMTC. Captain. Aygemong__
__et. al.__
(List the full name(s) of the defendant(s)/respondent(s).)

__19__ CV __5097 (AT)(KNF)__

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on __7-23-21__ but did not file a notice of appeal within the required time period because:

__Due to limited space in the law library in my current address- Clinton Corr. Fac. also covid- restrictions.__
(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: __7-29-21__

Signature: _/s/ Jose Lacen_

Name (Last, First, MI): __Lacen, Jose R.__

GRANTED. Pursuant to Fed. R. App. P. 4(C), Plaintiff must file a notice of appeal in this action by **September 21, 2021**. The Clerk of Court is directed to mail a copy of this order to Plaintiff *pro se*.

SO ORDERED.

Dated: August 4, 2021
New York, New York

ANALISA TORRES
United States District Judge