```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/17/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE R. LACEN,

                Plaintiff,

-against-

CLINIC CAPTAIN AYGEMONG; R.P.A. JANET RUNCIE, C-76 CLINIC; M.D. ACHIM HUGGINS, C-76 CLINIC; P.A. DAVID ONUORA; M.D. SAI KOLLA,

                Defendants.

19 Civ. 5097 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 19, 2022, Defendants Sai Kolla and Janet Runcie filed a motion for relief from judgment pursuant to Rule 60(b)(5). ECF No. 87. By **January 31, 2023**, Plaintiff shall file a response.

    SO ORDERED.

Dated: January 17, 2023
       New York, New York

                                        ANALISA TORRES
                                United States District Judge